**Affidavit in Support of Criminal Complaint**

I, Trevor Towe, having been duly sworn, state:

**Identity of Law Enforcement Officer Making Request**

1.        I am a Detective and have been employed by the Shively Police Department (SPD) as a police officer since June of 2021.  During my tenure as a law enforcement officer with the Shively Police Department, I have been assigned to patrol, internal affairs investigations, and am currently a detective within the Criminal Investigations Division. I have been involved with numerous complex investigations involving homicide, serious assaults, robberies, sexual assaults, etc. I am a graduate of the Department of Criminal Justice Academy in Richmond, Kentucky, obtaining my basic peace officer accreditation 23 weeks of instruction and training. I have continued training throughout my career to further my investigative experience such as attending the Southern Police Institute - Homicide and Death Investigations course.

2.        Throughout my law enforcement career, I have been involved in numerous investigations related to prohibited persons possessing firearms, trafficking and distributing controlled substances, homicide, serious assaults, robbery, sexual assaults, etc. I have been involved in the execution of search warrants and arrests resulting from prohibited persons possessing firearms, homicides, the distribution of controlled substances, serious assaults, robberies, sexual assaults, etc.

3.        I am currently assigned to the Federal Bureau of Investigation (FBI) Violent Crime Task Force (VCTF), Louisville, Kentucky (KY), as a federally deputized Task Force Officer (TFO) since December 2025. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General.

4.      The facts contained in this affidavit are based in part on information I have learned through my own investigation, experience, and background as a law enforcement officer and TFO. The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed in this affidavit, only the facts necessary to establish probable cause.

5.      On or about July 11, 2026, officers with the Shively Police Department responded to a report of a shooting at "HK Liquors", located at 3200 Ralph Avenue, Shively, Kentucky 40216. Officers arrived on scene and located a male suffering from apparent gunshot wound on the property of "HK Liquors". Shively Police Department (SPD) officers made entry into "HK Liquors" in efforts to locate further victims of the apparent shooting or locate any immediate person(s) that were responsible for the shooting.

6.      Inside "HK Liquors" SPD officers located an additional victim in the employee "drive-thru" area with apparent gunshot wounds. This victim was identified as Dante McGinnis, date of birth (DOB) **-**-1970, social security (SS) ***-**-4844. Officers provided medical attention until emergency medical technicians arrived to take over. McGinnis was transported to University of Louisville Hospital where he succumbed to his injuries.

7.      SPD officers received an additional call for service at 3203 Jacks Lane, Shively, Kentucky 40216 regarding a victim of a gunshot wound. It is important to note that this address is within walking distance of "HK Liquors". SPD officers arrived and located a male suffering apparent gunshot wounds. Emergency medical technicians transported this male to University of Louisville Hospital for lifesaving treatment. SPD officers discovered through investigation that this male was injured during a shooting that occurred at 3200 Ralph Avenue at "HK Liquors" as well.

8.      I was notified shortly after SPD officers received this call for service, to respond to the scene to lead the investigation. I was notified by Louisville Metro Police Department (LMPD) that a fourth victim arrived at University of Louisville Hospital by a personal owned vehicle, for treatment of an apparent gunshot wound. Through further investigation, discovered this fourth victim suffered the gunshot while at 3200 Ralph Avenue "KH Liquors".

9.      I obtained a search warrant for the purposes of processing 3200 Ralph Avenue "HK Liquors" to conduct a scene investigation for evidentiary purposes of locating items of evidentiary value for this assault/homicide investigation. Included in the property to be seized as part of the search warrant was surveillance footage systems commonly known as CCTV (Closed Caption Television Video) that is stored on site that is contained on a hard drive or computer system as well as stored electronic data, information, images, and related digital storage pertaining top video security system and system components.

10.      I located two separate surveillance footage systems, a CCTV footage that had video stored on site, and a Vivint security system. I know that Vivint is security company that combines home automation, advanced security systems, and 24/7 professional monitoring into one unified platform. The system integrates devices like video doorbells, smart locks, climate controls, and security cameras into a centralized touchscreen hub that can be viewed with a device on site, or personal cellular device.

11.      I reviewed recorded footage related to the incident being investigation on July 11, 2026. I also conducted interviews of witnesses and victims that were present during this shooting, and learned information from law enforcement officers who conducted interviews of witnesses and victims that were present during this shooting.

12.     The investigation revealed that regular gambling activities involving dice and card games were conducted in a back room at "KH Liquors" that was not used for the legitimate business. The room was furnished with a pool table and seating to accommodate multiple participants. Investigators learned that patrons gathered around the pool table, which was used as the playing surface for dice games.

13.     A review of the CCTV footage reveals that that multiple male individuals were engaged in or viewing a game of dice that was occurring in the "backroom" atop of the pool table. Of the patrons, with the assistance of law enforcement officers with LMPD, I identified Terrell Quante Gray (herein known as "**GRAY**", DOB **-**-1995, SS ***-**-0318), as being present at 3200 Ralph Avenue "HK Liquors" on July 11, 2026 before, during, and a short time after the shooting being investigated occurred.

14.     **GRAY** is observed to be wearing what appears to be a dark blue shirt bearing the letters "New York City" and NYC emblem, blue jeans, and black and white basketball style shoes, and eyeglasses. *See below photo for positive identification of **GRAY**.



15.    Two individuals are observed, dressed in black or dark clothing, wearing medical style masks on their faces, and wearing what appears to be blue medical style gloves, and carrying handgun firearms, approaching the rear exterior entrance of 3200 Ralph Avenue "HK Liquors" which funnels directly into the "backroom" where the patrons are engaged in gambling. These individuals' true identities have yet to be identified by law enforcement.

16.    The unknown individuals enter the rear entrance and make their way towards the pool table. The unknown individuals begin firing in the direction of the patrons of the dice game. **GRAY** is observed taking cover under the pool table. The unknown individuals stop firing. One of the unknown individuals, who was equipped with two handguns, place the handguns on the

table and begins to collect cash from the pool table. At this same time **GRAY** is observed raising up from his position of cover, takes suspected cash off the pool table, looks in the direction of the unknown individuals, and walks towards the employee area of the building. The unknown individuals are observed to not point their weapons at **GRAY** during this time. The two unknown individuals then exit the building using the same rear entrance door.

17.    After the unknown individuals exit the rear entrance, **GRAY** is observed running to the rear entrance. I observed the Vivint recordings of the rear entrance which captured audio and video. The two unknown individuals exit the rear entrance. **GRAY** is observed following them out. GRAY is seen carrying what appears to be a handgun in his right hand. **GRAY** is heard saying**, "I'm ready to fire in the air cuz". GRAY** raises the firearm in the air and a "**click**" is heard, indicating that the weapon was not charged with a projectile ready to be fired. **GRAY** charges the weapon and fires 3 times. **GRAY** is then heard saying, "**That's me gang**." In what appears to be the direction of the unknown individuals. **GRAY** fires the firearm 2 more times, walks up the steps to the rear entrance, looks around, and enters the rear entrance door. **\*See below photo of GRAY** pointing weapon.



18.      **GRAY** is observed inside walking around the pool table with what appears to be a firearm in his right pocket. **GRAY** pats his pockets, as if to make sure he has his personal property, locates a lighter on the pool table and picks it up, and walks towards the rear entrance. While talking towards the rear entrance, **GRAY** removes the firearm from his right pocket and drops it on a chair and then exits using the rear entrance.

19.      I obtained and reviewed surveillance footage located at 4001 Cane Run Road, Shively, KY 40216 which is directly next to "HK Liquors". I observed what appears to be **GRAY** entering a dark colored Chrysler 300. I was informed by LMPD detectives that **GRAY** is known to operate a dark gray Chrysler 300.

20.      During the execution of the search warrant at 3200 Ralph Avenue "KH Liquors" with the assistance of LMPD Crime Scene Unit (CSU) investigators collected four 5.7x28mm

spent casings in exterior area of the rear entrance, corroborating the video surveillance footage of **GRAY** firing a firearm multiple times.

21.    I reviewed law enforcement databases regarding the criminal history of **GRAY**. On or about May of 2022 **GRAY** pleaded guilty to:

- Convicted felon in possession of a handgun – KRS 527.040
- Enhanced possession of a controlled substance, 1st Degree, 1st Offense – Opiates – KRS 218A.1415
- Wanton Endangerment – 1st Degree – Police Officer – KRS 508.095
- Fleeing or Evading Police -1st Degree – Motor Vehicle – KRS 520.095
- Using Restricted Ammo during felony (no shots) – KRS 527.080(2)(A)
- Receiving Stolen Property (Firearm) – KRS 514.110
- Fleeing or Evading Police, 1st Degree (On Foot) – KRS 520.095
- Escape – 2nd Degree Identify Facility – 520.030

On or about November of 2018 **GRAY** pleaded guilty to:

- Fleeing or Evading Police -1st Degree – Motor Vehicle – KRS 520.095
- Wanton Endangerment – 1st Degree – KRS 508.060
- Fleeing or Evading Police, 1st Degree (On Foot) – KRS 520.095
- Possession of a controlled substance, 1st Degree, 1st Offense – Opiates – KRS 218A.1415
- Leaving Scene of accident/failure to render aid or assistance – KRS 189.580(1)(A)
- Failure of owner to maintain required insurance/security 1st – KRS 304.39-080
- Speeding 26MPH Over/Greater  - KRS 189.390
- Excessive windshield/window tint – KRS 189.110

- Reckless driving – KRS 189.290

Hence, based on my review of **GRAY**'s criminal history, **GRAY** is a convicted felon and is therefore prohibited by Federal law from lawfully possessing firearms and ammunition.

22.    I have consulted with Special Agent (SA) Kristi Schumacher with the Bureau of Alcohol, Tobacco, Firearms and Explosives as it pertains to the shell casings recovered from **GRAY**'s discharge of a weapon at "HK Liquors." SA Schumacher has informed me that the 5.7x28mm shell casings belong to ammunition that was manufactured by FN Herstal. This ammunition is manufactured in Belgium; hence, this ammunition has travelled in and affected interstate commerce.

## Conclusion

23.    Based on the evidence gathered in this investigation, affiant believes there is sufficient probable cause to arrest **GRAY** for a violation of Title 18, United States Code, Section 922(g)(1) - (Possession of Ammunition by a Prohibited Person).

Respectfully submitted,

_____

Trevor Towe
Task Force Officer
Federal Bureau of Investigation (FBI)

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 on this 16th day of July, 2026.

**Lanny King, Magistrate Judge**
**United States District Court**