UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:      Jul 22, 2026

UNITED STATES OF AMERICA

v.

**TERRELL QUANTE GRAY**

INDICTMENT

NO.    3:26-cr-89-RGJ

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of Firearm and Ammunition by a Prohibited Person)*

On or about July 11, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **TERRELL QUANTE GRAY**, knowingly possessed, in and affecting commerce, a firearm, that is, an FN Herstal, Model Five-Seven, .57 caliber pistol, bearing serial number 386396755, and ammunition, that is, four rounds of FN Herstal 5.7x28mm, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about May 17, 2022, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 21-CR-1797, **TERRELL QUANTE GRAY**, was convicted of the offenses of Possession of a Handgun by a Convicted Felon, Illegal Possession of a Controlled Substance in the First Degree, Schedule II Fentanyl While in Possession of a Firearm, Wanton Endangerment in the First Degree, Fleeing or Evading Police in the First Degree (Motor Vehicle), Using Restricted Ammunition During Felony, Receiving Stolen Firearm, Fleeing or Evading Police in the First Degree (Pedestrian), and Escape in the Second Degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8), as specifically charged in this Indictment, the defendant, **TERRELL QUANTE GRAY**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offense, including but not limited an FN Herstal, Model Five-Seven, .57 caliber pistol, bearing serial number 386396755, and ammunition.

A TRUE BILL.

_____

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:APG:07.22.2026

2

**UNITED STATES OF AMERICA v. TERRELL QUANTE GRAY**

## P E N A L T I E S

Count 1:          NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  
Clerk, U.S. District Court  
106 Gene Snyder U.S. Courthouse  
601 West Broadway  
Louisville, KY  40202  
502/625-3500

BOWLING GREEN:  
Clerk, U.S. District Court  
120 Federal Building  
241 East Main Street  
Bowling Green, KY  42101  
270/393-2500

OWENSBORO:  
Clerk, U.S. District Court  
126 Federal Building  
423 Frederica  
Owensboro, KY  42301  
270/689-4400

PADUCAH:  
Clerk, U.S. District Court  
127 Federal Building  
501 Broadway  
Paducah, KY  42001  
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.